**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2009-1294

KEITH RUSSELL JUDD,

                              Plaintiff-Appellant,

v.

FEDERAL CORRECTIONAL INSTITUTE AT FORT DIX NEW JERSEY,

                              Defendant-Appellee.

Appeal from the United States District Court for the District of New Jersey in case no. 1:02-CV-05305, Judge Jerome B. Simandle.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

04/14/09

cc: Clerk's Office, DCT
   Keith Russell Judd
   Jeanne E. Davidson

**ISSUED AS A MANDATE:** 04/14/09

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 14 2009

JAN HORBALY
CLERK

JUDD V FCI FORT DIX, 2009-1294
DCT - 1:02-CV-05305

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: APR 14 2009